```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17491
   ERIC D STIRN
   KIMBERLY STIRN                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4389    SSN XXX-XX-3909
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/25/07 and confirmed on 11/14/07.

2. The case was converted to Chapter 7 after confirmation, 02/11/2009.

3. The Debtor paid a total of $ 6850.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CITI | SECURED | .00 | .00 | .00 |
| CITI | MORTGAGE ARRE | 1000.00 | .00 | 689.36 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 5174.77 | 510.85 | 1300.47 |
| CAPITAL ONE BANK | UNSECURED | 1819.99 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 745.08 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7794.22 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | 3030.00 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 800.01 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1396.02 | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| LTD COMMODITIES | UNSECURED | 172.63 | .00 | .00 |
| M&M ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 27149.56 | .00 | .00 |
| NAPERBROOK MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL ASSET RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ORS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TERRACE OB-GYN SC | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY VIEW DENTAL CTR | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 2412.16 | .00 | 1977.37 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED       8586.93           .00      42907.51           .00     51494.44
PRINCIPAL PAID           3967.20           .00           .00           .00      3967.20
INTEREST PAID             510.85           .00           .00           .00       510.85
TOTAL PAID               4478.05           .00           .00           .00      4478.05
```

The Debtor's attorney, LEDFORD & WU                    , was allowed $   3500.00
and was paid $   1500.00   direct and $   2000.00   through the plan.

The Trustee received $     371.95 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE